**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Southern _____ District of ___Florida___
                                              (State)

Case number (*if known*): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Hellenic Petroleum LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   N/A

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __8__ __1__ – __4__ __2__ __0__ __8__ __0__ __6__ __6__
   EIN

5. **Debtor's address**

   **Principal place of business**

   7000 W. Palmetto Park Road
   Number    Street

   Ste. 302

   Boca Raton _____  FL   33433
   City                      State  ZIP Code

   Palm Beach
   County

   **Mailing address, if different**

   _____  _____
   Number    Street

   _____
   P.O. Box

   _____  _____  _____
   City          State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  _____
   Number    Street

   _____

   _____  _____  _____
   City          State   ZIP Code

Debtor ___Hellenic Petroleum LLC_____     Case number (if known)_____
              Name

**6. Debtor's website** (URL)   www.hellenicpetroleumllc.com

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
                                    MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
                                    MM / DD / YYYY

---

**Part 3:    Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205               Involuntary Petition Against a Non-Individual             page 2

Debtor   **Hellenic Petroleum LLC**
Name

Case number (if known)_____

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Pro Pretroleum LLC | Money owed for Sale of Fuel | $ 2,352,729.20 plus interest |
| | | $ _____ |
| | | $ _____ |
| | Total of petitioners' claims | $ 2,352,729.20 plus interest |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

Pro Petroleum, LLC
Name

4710 4th Street
Number    Street

Lubbock          TX      79416
City              State   ZIP Code

Name and mailing address of petitioner's representative, if any
Mark Griffin, President
Name

4710 4th Street
Number    Street

Lubbock          TX      79416
City              State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/10/21
              MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Michael R. Bakst, Esq.
Printed name

Greenspoon Marder LLP
Firm name, if any

525 Okeechobee Blvd., Ste. 900
Number    Street

West Palm Beach        FL      33401
City                   State   ZIP Code

Contact phone   561-838-4523    Email   michael.bakst@gmlaw.com

Bar number      866377

State           Florida

x _____
Signature of attorney

Date signed   03/10/2021
              MM / DD / YYYY

---

Official Form 205

Involuntary Petition Against a Non-Individual

page 3

Debtor      Hellenic Petroleum LLC
            _____        Case number (if known)_____
            Name

### Name and mailing address of petitioner

Name _____          Printed name _____

Number    Street _____          Firm name, if any _____

City _____ State ____ ZIP Code ____        Number    Street _____

### Name and mailing address of petitioner's representative, if any

                                                   City _____ State _____ ZIP Code _____

Name _____          Contact phone _____ Email _____

Number    Street _____          Bar number _____

City _____ State ____ ZIP Code ____        State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____                      ✖ _____
            MM / DD / YYYY
                                                   Signature of attorney
✖ _____
                                                   Date signed _____
Signature of petitioner or representative, including representative's title        MM / DD / YYYY

### Name and mailing address of petitioner

Name _____          Printed name _____

Number    Street _____          Firm name, if any _____

City _____ State ____ ZIP Code ____        Number    Street _____

### Name and mailing address of petitioner's representative, if any

                                                   City _____ State _____ ZIP Code _____

Name _____          Contact phone _____ Email _____

Number    Street _____          Bar number _____

City _____ State ____ ZIP Code ____        State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____                      ✖ _____
            MM / DD / YYYY
                                                   Signature of attorney
✖ _____
                                                   Date signed _____
Signature of petitioner or representative, including representative's title        MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

HELLENIC PETROLEUM LLC,

Alleged Debtor.

_____/

Case No.: _____

Chapter 7

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1010(b) and 7007.1

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, I, Mark Griffin, President of Pro Petroleum, LLC, a Delaware limited liability company (the "Petitioning Creditor"), a petitioning creditor in the above-captioned case, declare under penalty of perjury that, to the best of my knowledge, information, and belief, Pro Petroleum Holdings Inc., and BunkerHill Holdings Company LLC, each directly owns 10% or more of any class of the Petitioning Creditor's equity interests; and that, while I do not believe any entities *indirectly* own any of the Petitioning Creditor's equity interests, in an abundance of caution, I am disclosing that BunkerHill Oil Marketing LLC, and Pilot Travel Centers LLC, may be deemed to indirectly own 10% or more of any class of the Petitioning Creditor's equity interests.

PRO PETROLEUM, LLC

By: _____

Printed: Mark Griffin
Title: President
Dated: March 10, 2021