UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | CASE NO: 21-12317-EPK |
| HELLENIC PETROLEUM LLC, | CHAPTER 7 (Involuntary) |
| Alleged Debtor. | |
| _____/ | |

## NOTICE OF FILING JOINDER IN CHAPTER 7 INVOLUNTARY PETITION AS A PETITIONING CREDITOR BY RENEWABLE ENERGY GROUP, INC.

Petitioning Creditor, Pro Petroleum, LLC, by and through undersigned counsel, hereby files the attached Chapter 7 Involuntary Petition executed by creditor, Renewable Energy Group, Inc., whereby Renewable Energy Group, Inc. joins as an additional Petitioning Creditor in the involuntary Chapter 7 petition filed by Pro Petroleum, LLC on March 10, 2021.

Dated: March 31, 2021

Respectfully Submitted,

GREENSPOON MARDER LLP
*/s Rilyn A. Carnahan*

_____
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No.: 614831
Attorneys for Petitioning Creditor,
Pro Petroleum, LLC
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557
Email: rilyn.carnahan@gmlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 31, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

*/s/ Rilyn A. Carnahan*
Rilyn A. Carnahan

# Mailing Information for Case 21-12317-EPK

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Patrick R Dorsey    pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- Christian Peter George    christian.george@akerman.com, susan.scott@akerman.com,jennifer.meehan@akerman.com
- Gabriel M Hartsell    gabriel.hartsell@quarles.com, sybil.aytch@quarles.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;dlocascio@slp.law;pmouton@slp.law

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Panagiotis Kechagias
Registered Agent for Hellenic Petroleum,
9858 Glades Road, Ste. 219
Boca Raton, FL 33434

**Served via regular US Mail and email:**
Xtreme Fuel Transport, Inc
Attn: ViriDiana Valerio, Vice President
146 W Rialto Ave
Rialto, Ca 92376
Xtremefueltransport@yahoo.com

**Renewable Energy Group, Inc.**
Attn: Michael Maier, Corporate Counsel
416 S. Bell Avenue
Ames, IA 50010-0888
Notice@REGI.com

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of Florida
(State)

Case number (if known): 21-12317-EPK   Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: Hellenic Petroleum LLC

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown
   81-4208066
   EIN

5. Debtor's address

   **Principal place of business**
   7000 W. Palmetto Park Road
   Number   Street

   Ste. 302

   Boca Raton      FL   33433
   City            State  ZIP Code

   Palm Beach
   County

   **Mailing address, if different**
   Number   Street

   P.O. Box

   City      State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   City      State  ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

| | | |
|---|---|---|
| Debtor | Hellenic Petroleum LLC | Case number (if known) 21-12317-EPK |
| | Name | |

**6. Debtor's website (URL)**   www.hellenicpetroleumllc.com

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

## Part 3:   Report About the Case

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | Hellenic Petroleum LLC | Case number (if known) 21-12317-EPK |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Renewable Energy Group, Inc. | Outstanding A/R balance | $ 506,660.56 |
| | (see attached statement) | $ |
| | | $ |
| | **Total of petitioners' claims** | $ 506,660.56 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Renewable Engergy Group, Inc.  c/o Legal Dept.
Name

416 S. Bell Avenue
Number   Street

Ames                IA     50010-0888
City                State  ZIP Code

Notice @ REGI.com
Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/31/2021
           MM /DD /YYYY

X _____ Corporate Counsel
Signature of petitioner or representative, including representative's title

**Attorneys**

Michael Maier
Printed name

REG, Inc
Firm name, if any

416 S. Bell Ave
Number   Street

Ames          IA    50010
City          State ZIP Code

Contact phone  4403136623   Email  Notice @ REGI.com

Bar number  71910

State  PA

X _____
Signature of attorney

Date signed  03/31/2021
             MM /DD /YYYY

Debtor   Hellenic Petroleum LLC   Case number (if known) 21-12317-EPK
         Name

**Name and mailing address of petitioner**

Name

Number   Street

City                    State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                    State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City                    State           ZIP Code

Contact phone _____  Email _____

Bar number  _____

State       _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number   Street

City                    State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                    State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City                    State           ZIP Code

Contact phone _____  Email _____

Bar number  _____

State       _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY



# STATEMENT OF ACCOUNT

| Invoice Number | Sales Order Number | Invoice Date | Due Date | Open Amount | Days Past Due | PO Reference Number |
|---|---|---|---|---|---|---|
| 1240109 | 3077299 | 08/16/2019 | 08/23/2019 | $ 22,933.94 | 581 | 19221MA21 |
| 1240110 | 3077300 | 08/16/2019 | 08/23/2019 | $ 24,076.83 | 581 | 19221MA20 |
| 1241232 | 3085770 | 08/20/2019 | 08/27/2019 | $ 24,494.74 | 577 | 19226MA02 |
| 1241237 | 3088499 | 08/20/2019 | 08/27/2019 | $ 24,099.74 | 577 | 19227MA40 |
| 1241238 | 3088501 | 08/20/2019 | 08/27/2019 | $ 24,006.62 | 577 | 19227MA39 |
| 1241257 | 3085773 | 08/20/2019 | 08/27/2019 | $ 24,147.47 | 577 | 19226MA01 |
| 1241467 | 3077289 | 08/20/2019 | 08/27/2019 | $ 23,790.18 | 577 | 19221MA28 |
| 1241469 | 3077304 | 08/20/2019 | 08/27/2019 | $ 24,250.63 | 577 | 19221MA29 |
| 1241576 | 3085768 | 08/20/2019 | 08/27/2019 | $ 24,820.70 | 577 | 19226MA03 |
| 1242413 | 3085769 | 08/22/2019 | 08/29/2019 | $ 25,052.10 | 575 | 19226MA05 |
| 1242465 | 3088502 | 08/22/2019 | 08/29/2019 | $ 23,593.73 | 575 | 19227MA42 |
| 1242752 | 3101372 | 08/22/2019 | 08/29/2019 | $ 24,269.59 | 575 | 19227MA41 |
| 1243871 | 3085767 | 08/26/2019 | 09/02/2019 | $ 22,003.10 | 571 | 19226MA06 |
| 1243872 | 3085771 | 08/26/2019 | 09/02/2019 | $ 21,688.77 | 571 | 19226MA04 |

Total Outstanding :   $ 506,660.56

**ACH/Wire Instructions :**

**Contact:**
credit@regi.com
Ph#: 515-239-8150

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 21-12317-EPK
                                                                Chapter 7
HELLENIC PETROLEUM LLC,

    Alleged Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1010(b) and 7007.1

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, I, Todd Samuels, Chief Accounting Officer & Controller of Renewable Energy Group, Inc., an Iowa corporation (the "Petitioning Creditor"), a petitioning creditor in the above-captioned case, declare under penalty of perjury that, to the best of my knowledge, information, and belief, there are no corporations directly or indirectly that own 10% or more of any class of Petitioning Creditor's equity interests.

                                                        RENEWABLE ENERGY GROUP, INC.

                                                        By: _____
                                                        Printed:  Todd Samuels
                                                        Title:    Chief Accounting Officer &
                                                                     Controller
                                                       Dated:   March 31, 2021