UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:    CASE NO: 21-12317-EPK

HELLENIC PETROLEUM LLC,    CHAPTER 7 (Involuntary)

Alleged Debtor.
_____/

## NOTICE OF FILING JOINDER IN CHAPTER 7 INVOLUNTARY PETITION AS A PETITIONING CREDITOR BY XTREME FUEL TRANSPORT, INC.

Petitioning Creditor, Pro Petroleum, LLC, by and through undersigned counsel, hereby files the attached Chapter 7 Involuntary Petition executed by creditor, Xtreme Fuel Transport, Inc., whereby Xtreme Fuel Transport, Inc. joins as an additional Petitioning Creditor in the involuntary Chapter 7 petition filed by Pro Petroleum, LLC on March 10, 2021.

Dated: March 31, 2021    Respectfully Submitted,

**GREENSPOON MARDER LLP**
/s Rilyn A. Carnahan
_____
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No.: 614831
Attorneys for Petitioning Creditor,
Pro Petroleum, LLC
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557
Email:rilyn.carnahan@gmlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 31, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

/s/ *Rilyn A. Carnahan*
Rilyn A. Carnahan

# Mailing Information for Case 21-12317-EPK

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Patrick R Dorsey    pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- Christian Peter George    christian.george@akerman.com, susan.scott@akerman.com,jennifer.meehan@akerman.com
- Gabriel M Hartsell    gabriel.hartsell@quarles.com, sybil.aytch@quarles.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;dlocascio@slp.law;pmouton@slp.law

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Panagiotis Kechagias
Registered Agent for Hellenic Petroleum,
9858 Glades Road, Ste. 219
Boca Raton, FL 33434

**Served via U.S. Mail and email:**
Xtreme Fuel Transport, Inc
Attn: ViriDiana Valerio, Vice President
146 W Rialto Ave
Rialto, Ca 92376
Xtremefueltransport@yahoo.com

Renewable Energy Group, Inc.
Attn: Michael Maier, Corporate Counsel
416 S. Bell Avenue
Ames, IA 50010-0888
Notice@REGI.com

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of Florida

Case number (if known): 21-12317-EPK    Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: Hellenic Petroleum LLC

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

   Central Coast Petroleum LLC

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown
   81-4208066

5. Debtor's address

   **Principal place of business**
   7000 W. Palmetto Park Road
   Ste. 302
   Boca Raton, FL 33433
   Palm Beach County

   **Mailing address, if different**

   **Location of principal assets, if different from principal place of business**

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor ___Hellenic Petroleum LLC_____   Case number (if known) __21-12317-EPK__
      Name

6. **Debtor's website (URL)**   www.hellenicpetroleumllc.com

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed ___/___/_____ Case number, if known _____
                         MM / DD / YYYY
     Debtor _____ Relationship _____
     District _____ Date filed ___/___/_____ Case number, if known _____
                         MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor  __Hellenic Petroleum LLC__
        Name

Case number (if known) __21-12317-EPK__

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Xtreme Fuel Transport, Inc. | Money owed for hauling services | $ 495,967.57 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 495,967.57 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

__Xtreme Fuel Transport, Inc.__
Name

__146 W Rialto Avenue__
Number  Street

__Rialto__                __CA__        __92376__
City                     State        ZIP Code

Name and mailing address of petitioner's representative, if any

__ViriDiana Valerio, Vice President__
Name

__146 W. Rialto Avenue__
Number  Street

__Rialto__                __CA__        __92376__
City                     State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/24/21__
            MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor    Hellenic Petroleum LLC
_____
Name

Case number (if known)   21-12317-EPK

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

HELLENIC PETROLEUM LLC,

Alleged Debtor.

_____/

Case No.: 21-12317-EPK
Chapter 7

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1010(b) and 7007.1

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, I, ViriDiana Valerio, Vice President of Xtreme Fuel Transport, Inc., a California corporation (the "Petitioning Creditor"), a petitioning creditor in the above-captioned case, declare under penalty of perjury that, to the best of my knowledge, information, and belief, there are no corporations to report as directly or indirectly owning 10% or more of any class of Petitioning Creditor's equity interests.

XTREME FUEL TRANSPORT, INC.

By: _____
Printed: ViriDiana Valerio
Title:   Vice President
Dated:  March 25, 2021