**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

HELLENIC PETROLEUM LLC,

Alleged Debtor.
_______________________________________/

Case No.: 21-12317-EPK

Chapter 7 (Involuntary)

**F.T. MARITIME SERVICES LTD'S RESPONSE TO THE ALLEGED DEBTOR'S MOTION TO EXTEND TIME TO FILE RESPONSE TO INVOLUNTARY PETITION**

F.T. Maritime Services LTD ("F.T. Maritime"), by and through undersigned counsel, files this Response to the Motion to Extend Time to File Response to Involuntary Petition (the "Motion for Extension") (Doc. 30) filed by Alleged Debtor, Hellenic Petroleum, LLC ("Hellenic" or the "Alleged Debtor"), and in support thereof says:

1. On March 10, 2021, Petitioning Creditor, Pro Petroleum, LLC (the "Petitioning Creditor"), filed a petition for involuntary bankruptcy against Hellenic.

2. F.T. Maritime is a creditor of Hellenic and is owed over $7,000,000. While F.T. Maritime has not, at this time, joined the three petitioning creditors in filing a petition, F.T. Maritime will be severely prejudiced if the Motion for Extension is granted.

3. Pursuant to Fed. R. Bankr. P. 1011(b), Alleged Debtor is required to respond to the involuntary petition by today, April 1, 2021.

4. In the Motion for Extension, Hellenic requests an extension of fourteen (14) days to this deadline.

5. As the Court and all parties are well aware, Hellenic currently may continue to operate normally and has the ability to dispose of property as if the involuntary case has not been

filed pursuant to 11 U.S.C. § 303(f) until the Court rules whether or not the involuntary bankruptcy is appropriate.

6. Hellenic's Motion for Extension fundamentally requests Court approval to have the ability to operate normally beyond the statutory deadline despite the fact that Hellenic itself has stated in court filings that it is not operating. Specifically, Hellenic has stated that it has no ability to purchase fuel and "without the ability to purchase fuel, Hellenic has no fuel to sell." *See* Response (Doc. 19 at page 7, par. 18).

7. The defenses to an involuntary petition are statutory in nature, limited, not overly complex and typically consist of issues relating to the existence of the appropriate amount of eligible creditors, whether or not those creditors' claims are contingent or disputed and whether or not a debtor is generally paying debts as they become due pursuant to 11 U.S.C. § 303.

8. Hellenic should not require an additional two weeks to respond to the involuntary petition since it has already had notice for three weeks to prepare a response.

9. In fact, Hellenic appears well aware of the facts at issue as it filed an extensive and detailed response to Petitioning Creditor's Emergency Motion for Appointment of an Interim Trustee Pursuant to 11 U.S.C. § 303(g) (Doc. 7), which involves similar issues to any response Hellenic would file to the involuntary petition.

10. Hellenic's Motion for Extension, if granted, would severely prejudice both the petitioning creditors and other creditors, such as F.T. Maritime as it would allow Hellenic to continue to operate and potentially dispose of property that would otherwise benefit the bankruptcy estate.

WHEREFORE, F.T. Maritime Services LTD respectfully requests this Court enter an Order denying the Motion for Extension or granting the Motion for Extension for a shorter time frame, and granting such other and further relief as the Court deems just and proper.

Dated: April 1, 2021

Respectfully submitted,

AKERMAN LLP

By: *<u>/s/ Christian P. George</u>*

Christian P. George
Florida Bar No.: 41055
Email: christian.george@akerman.com
Katherine C. Fackler
Florida Bar No.: 0068549
Email: katherine.fackler@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

and

Catherine Douglas Kretzschmar
Florida Bar No.: 85843
Email: catherine.kretzschmar@akerman.com
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

*Attorneys for F.T. Maritime Services LTD*

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF on those parties who are registered CM/ECF participants in this case as indicated on the attached Service List.

By: *<u>/s/ Christian P. George</u>*
Christian P. George, Esq.

**SERVICE LIST**

**21-12317-EPK Notice will be electronically mailed to:**

Michael R. Bakst, Esq. on behalf of Interested Party Mark Griffin
efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;
efileu2170@gmlaw.com;efileu386@gmlaw.com

Michael R. Bakst, Esq. on behalf of Petitioning Creditor Pro Petroleum, LLC
efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;
efileu2170@gmlaw.com;efileu386@gmlaw.com

Rilyn A. Carnahan, Esq. on behalf of Petitioning Creditor Pro Petroleum, LLC
rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;
efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A. Carnahan, Esq. on behalf of Petitioning Creditor Renewable Energy Group, Inc.
rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;
efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A. Carnahan, Esq. on behalf of Petitioning Creditor Xtreme Fuel Transport, Inc.
rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;
efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor DRO Barite LLC
rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;
bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Creditor Sallyport Commercial Finance, LLC
rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;
bankruptcy.ecc@ecf.courtdrive.com

Patrick R. Dorsey on behalf of Debtor Hellenic Petroleum LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law;
pdorsey@ecf.courtdrive.com

Christian Peter George on behalf of Creditor F.T. Maritime Services LTD
christian.george@akerman.com, susan.scott@akerman.com,jennifer.meehan@akerman.com

Gabriel M. Hartsell on behalf of Creditor VFS US LLC
gabriel.hartsell@quarles.com, sybil.aytch@quarles.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Bradley S. Shraiberg on behalf of Debtor Hellenic Petroleum LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;
dlocascio@slp.law;pmouton@slp.law