UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

HELLENIC PETROLEUM, LLC,                           Case No. 21-12317-EPK

      Alleged Debtor.                              Chapter 7 (Involuntary)

_____/

### ANSWER TO INVOLUNTARY PETITION AND MOTION TO DISMISS

Alleged Debtor, Hellenic Petroleum, LLC ("Hellenic"), pursuant to 11 U.S.C. § 303(d) and Fed. R. Bankr. P. 1011, answers the involuntary petition (the "Petition") filed by Pro Petroleum, LLC ("Pro Petroleum"), as joined by Renewable Energy Group, Inc. ("Renewable Energy") and Xtreme Fuel Transport, Inc. ("Xtreme Fuel").  ECF Nos. 1, 28 and 29.  In addition to answering the Petition, Hellenic respectfully requests that the Court dismiss this bankruptcy case as a bad faith filing pursuant to 11 U.S.C. §§ 303(i) and 707(a), and Fed. R. Bankr. P. 1017.  In support of its answer and request, Hellenic states:

### ANSWER

1.     Hellenic denies that Pro Petroleum, Renewable Energy and Xtreme Fuel (together, the "Petitioning Creditors" or "Petitioners") are eligible to file the Petition pursuant to 11 U.S.C. § 303(b).

2.     Hellenic denies that it is generally not paying its debts as such debts become due unless such debts are the subject of a bona fide dispute as to liability or amount.

### DEFENSES AND OBJECTIONS TO PETITION

3.     The Petition should be dismissed because Hellenic has claims against the Petitioning Creditors arising from the same subject matter as the Petitioning Creditors' claims

{2387/000/00520335}

against Hellenic.  The Petitioning Creditors' claims are subject to recoupment and/or setoff and are therefore subject to a bona fide dispute as to liability or amount.

4.     The Petition has been filed in bad faith and should be dismissed.

5.     A Petitioner found to have filed the Petition in bad faith should be estopped from counting as a petitioning creditor under § 303(b), without prejudice to any other sanctions the Court may impose.

6.     In the event one or more of the Petitioners are estopped from being counted as a petitioning creditor, whether under equitable principles for filing the Petition in bad faith, failing to quality as a petitioning creditor under § 303(b) or otherwise, the Petition should be dismissed for failing to include the requisite number of petitioning creditors under § 303(b).

## **MOTION TO DISMISS**

Hellenic requests, pursuant to 11 U.S.C. §§ 303(i) and 707(a), and Fed. R. Bankr. P. 1017, that the Court dismiss this case because the Petition was filed in bad faith.  Pro Petroleum is a competitor of the Debtor and is improperly using the bankruptcy process to shut down the business of a rival.  Pro Petroleum also filed the Petition without conducting a reasonable inquiry into, *inter alia*, the total number of creditors of Hellenic and amounts of their claims.  For example, a basic search of the Florida's Secured Transactions Registry reveals no less than <u>fifteen</u> UCC statements filed against Hellenic by no less than <u>nine</u> separate creditors.  Had Pro Petroleum exercised a bare minimum of due diligence, it would have recognized Hellenic possesses twelve or more creditors.  This, in turn, requires an involuntary bankruptcy to be filed by three petitioning entities and not simply one.  Ignoring this, Pro Petroleum acted in bad faith by recklessly filing the Petition, causing substantial injury to Hellenic, and seeking to add creditors and cure deficiencies after the fact.

{2387/000/00520335}

## BACKGROUND

7.      Hellenic is a Florida limited liability company formed in 2016.  The company is engaged in the fuel industry.  Its business practices include: (a) buying and selling fuel, whether diesel, renewable or biodiesel marine, (b) storing and transporting fuel, and (c) delivering fuel to truck stops and gas stations.  Hellenic owns a California facility of three acres at which trucks and fuel are stored.

8.      Hellenic generates revenues via cash on delivery.  Revenues received by Hellenic are used to pay operational expenses and to reduce payables.  Recent expenses related to the COVID-19 pandemic, together with substantial fluctuations in fuel prices, have caused the company to run a negative cash flow.

9.      The principal of Hellenic is an individual named Panagiotis "Pete" Kechagias ("Mr. Kechagias").

**A.      Pro Petroleum is a Competitor Who Seeks to Put Hellenic Out of Business.**

10.      Pro Petroleum is a Delaware limited liability company that conducts business in Florida.

11.      Upon information and belief, third-party, Pilot Travel Centers, LLC d/b/a Pilot Flying J ("Pilot"), is the majority owner of and controls Pro Petroleum.  An article from the publication *Transport Topics*, which references Pilot's majority interest in Pro Petroleum, is attached as **EXHIBIT "A"**.[1]

---

[1]      The article is also available on the internet at https://www.ttnews.com/articles/pilot-flying-j-changes-name-expands-energy-market.
{2387/000/00520335}

12.     Pilot operates a chain of truck stops in the United States and Canada, and is the largest purveyor of over-the-road diesel fuel in the United States.  Hellenic and Pilot are competitors in that each entity sells diesel fuel to truck stops.

13.     On or about October 20, 2020 Hellenic entered into an agreement with Pro Petroleum to purchase diesel fuel on credit.  At that time, Hellenic was unaware that Pilot was the majority owner of Pro Petroleum.

14.     Hellenic initially made purchases without incident and ordinary course payments to Pro Petroleum under the credit agreement.  At all relevant times, Pro Petroleum encouraged Hellenic to run up its credit and purchase fuel.  Indeed, Pro Petroleum continued to sell fuel to Hellenic even after ordinary course payments ceased and defaults existed under the credit agreement.

15.     Upon information and belief, Pro Petroleum acted in this manner for two reasons. First, Cynthia Maurycy, Pro Petroleum's account manager for Hellenic, wished to sell more product in order to inflate her sales numbers.  Hellenic indeed believes that Ms. Maurycy may have delayed submitting invoices to Pro Petroleum's credit department in order to maximize sales in the short term.  Second, it is a common practice in the oil and gas industry for a supplier to create a dependent customer by selling products in excess of the customer's repayment ability.  If the customer does substantial business such that it might compete with the supplier or its affiliates, the supplier can then cut off sales and force the customer to shut down.  That is exactly what happened here—Pilot, via Pro Petroleum, used its leverage as a supplier to indebt Hellenic and then push it into bankruptcy.

**B.    Pro Petroleum Files the Petition Without Due Diligence and in an Effort to Close Hellenic.**

16.    On March 10, 2021 Pro Petroleum filed an involuntary petition for relief under chapter 7 of the Bankruptcy Code against Hellenic.  ECF No. 1.

17.    Pro Petroleum sought the extraordinary relief of an involuntary bankruptcy despite entering into the credit agreement with Hellenic less than five months before, in October 2020, and not even filing suit.

18.    At the time of the filing Pro Petroleum was the only petitioning creditor.  However, § 303(b) of the Bankruptcy Code permits a single entity to file a petition only when a debtor possesses fewer than twelve creditors in total (excluding employees, insiders and the recipients of voidable transfers).  If a debtor possess twelve or more such creditors, three entities must joint a petition.  *Compare* 11 U.S.C. § 303(b)(1) *with* (b)(2).

19.    The Secured Transaction Registry of Florida, which is publicly available at https://www.floridaucc.com/uccweb/search.aspx, reveals no less than <u>fifteen</u> UCC statements filed by no less than <u>nine</u> separate creditors.[2]  Given this public information, to say nothing of  the credit arrangement referenced *supra*, and the familiarity of Pro Petroleum with Hellenic's business, Pro Petroleum could not have reasonably believed that Hellenic possessed fewer than twelve creditors at the time the Petition was filed.  Put otherwise, Pro Petroleum filed an involuntary petition that it knew to be insufficient.  It is apparent that Pro Petroleum did so to unilaterally sabotage Hellenic, with an eye towards recruiting additional petitioning creditors down the road.

20.    Pro Petroleum's efforts to damage Hellenic have unfortunately been successful.  Prior to the petition date, Hellenic was a healthy, functioning business.  It was purchasing and

---

[2]    Copies of these UCC statements are attached as **EXHIBIT "B"**.

selling product, and otherwise operating its business in the ordinary course. The company planned to expand and had a respected name in the fuel industry.

21.    This dynamic has changed radically since Pro Petroleum, without being joined by any other petitioners, filed a facially insufficient involuntary petition. Due to the filing, no suppliers are prepared to do business with Hellenic. The suppliers and their credit lines are the lifeblood of Hellenic—without the ability to purchase fuel, Hellenic has no fuel to sell. If the supplier dynamic is not rectified in the near future, it will prove fatal to the company. The Hellenic Petroleum name, which is trademarked in the United States and Dubai, is now synonymous with bankruptcy. A potential purchase of an Ohio refinery has evaporated, as the investors participating in the project have left.

22.    To make matters worse, on March 19, 2021 Pro Petroleum filed an emergency motion to appoint an interim trustee under § 303(g) (the "Trustee Motion"). ECF No. 7. Through the Trustee Motion Pro Petroleum accused Hellenic of engaging in extensive misconduct, including making a "calculated run" on fuel in furtherance of a "bust-out," and comingling assets with affiliates. *See* Trustee Mot. ¶¶ 19–47.

23.    Those allegations are frivolous. Hellenic responded to the Trustee Motion on Friday March 26, 2021, the business day prior to a trial scheduled on an emergency basis. ECF No. 19. Later in the day on March 26, Pro Petroleum withdrew the Trustee Motion, thereby cancelling the trial. ECF Nos. 20–21. Despite the withdrawal, however, Hellenic has been peppered with false, public allegations of wrongdoing.

24.    The damages suffered by Hellenic were not inevitable. They were the result of a deliberate choice by Pro Petroleum to shoot the proverbial gun first and ask questions later.

{2387/000/00520335}

25.     Pro Petroleum is not acting as a good faith creditor seeking mere repayment of its debt.  This bankruptcy was precipitated by a desire to shut down Hellenic as a competitor.  The Court can and should dismiss this case as a bad faith filing.

## **ARGUMENT**

Section 303 of the Bankruptcy Code permits one or more petitioning creditors to commence an involuntary case against an alleged debtor.  11 U.S.C. § 303(b).  Upon the filing of the involuntary petition the debtor may answer and assert various defenses.  11 U.S.C. § 303(d).  Some of these defenses are statutory.  For example, in cases where an alleged debtor possesses twelve or more creditors, three or more entities must file the petition.  *See* 11 U.S.C. § 303(b)(1).  Additionally, an order for relief can only be entered against an alleged debtor that is generally not paying its debts as they become due.  *See* 11 U.S.C. § 303(h).

In addition to statutory defenses, involuntary petitions "must be made in good faith."  *In re Manhattan Indus., Inc.*, 224 B.R. 195, 201 (Bankr. M.D. Fla. 1997) (citation omitted).  There are five accepted tests for determining whether an involuntary petition was filed in bad faith: (a) the subjective test, (b) the improper purpose test, (c) the objective test, (d) the improper use test, and (e) the combined test.  *In re Ballato*, 252 B.R. 553, 558 (Bankr. M.D. Fla. 2000) (citing *In re Apache Trading Group, Inc.*, 229 B.R. 891 (Bankr. S.D. Fla. 1999); *In re Landmark Distrib., Inc.*, 189 B.R. 290, 309 (Bankr. D. N.J. 1995)).

Under the improper use test, bad faith is found when a petitioning creditor files an involuntary petition to obtain a disproportionate benefit for itself, rather than to protect against other creditors gaining disproportionate advantages.  *Id.* (quotation omitted).  The improper purpose test finds bad faith based upon the petitioner's improper motivation for filing the petition, such as ill will, malice, or harassment.  *Id.* (citations omitted).  The objective test questions whether

{2387/000/00520335}

a reasonable person would have filed the involuntary petition under the same circumstances. *Id.* The subjective test "looks to the subjective motivation of the petitioning creditor for the filing." *Id.* Finally, the combined test evaluates "bad faith by the subjective and objective standards contained in Rule 9011 of the Federal Rules of Bankruptcy Procedure." *In re Apache Trading*, 229 B.R. at 893 (quoting *In re Reveley, et al.*, 148 B.R. 398, 407 (Bankr. S.D. N.Y. 1992)).

Pro Petroleum filed the Petition in bad faith under these tests for at least two reasons.

First, courts have long cautioned that the filing of a petition by a single creditor, who know or should have known that the debtor possessed more than twelve creditors in total, suggests bad faith. *See, e.g.*, *In re Dino's, Inc.*, 183 B.R. 779, 782 (S.D. Ohio 1995) ("Courts have consistently realized the potential for abuse in allowing a single creditor to force a debtor into bankruptcy…In fact, the courts have held that an essential prerequisite for allowing joinder of additional creditors to cure a defective petition is that the original petition was filed in good faith, and not as a fraudulent attempt to confer jurisdiction upon the court with a view of being later supported by intervention of other creditors.") (citations and quotation omitted); *In re Godroy Wholesale Co., Inc.*, 37 B.R. 496, 500 (Bankr. D. Mass. 1984) ("Although [Fed. R. Bankr. P. 1003(d)] specifically recognizes that a single petitioning creditor may be mistaken as to the total number of creditors and therefore permits additional creditors to joint an involuntary petition following an answer…this does not imply that a single creditor may commence an involuntary proceeding, without due investigation and escape a 'bad faith' finding.") (citation omitted). Multiple courts have dismissed involuntary petitions as bad faith filings when initiated by a single creditor without regard to § 303(b)'s numerosity requirement. *See In re American President Lines, Ltd.*, 804 F.2d 1307, 1309, n. 2 (D.C. Cir. 1986) (affirming dismissal of petition by single creditor against a large shipping company when, *inter alia*, "[a]ny reasonable person" would have presumed the company

{2387/000/00520335}

had more than twelve creditors); *Basin Elec. Power Cooperative v. Midwest Processing Co.*, 769 F.2d 483 (8th Cir. 1985) (affirming dismissal of petition filed by a single entity when, *inter alia*, the entity was aware of the existence of twelve or more creditors).

As stated *supra*, Pro Petroleum knew or should have known that Hellenic possessed more than twelve creditors at the time the Petition was filed. Publicly available UCC records reveal at least nine separate creditors, not counting Pro Petroleum itself. Hellenic and Pro Petroleum are parties to a credit agreement and Pro Petroleum, through Pilot, was a competitor of Hellenic with familiarity of its business. Per *American President Lines*, "any reasonable person" filing the Petition would have been aware of the existence of twelve or more creditors and sought additional petitioners. *See* 804 F.2d at 1309, n. 2. Pro Petroleum failed to do so, and the Petition should be dismissed as a result.

In addition to its disregard of the numerosity requirement, the Petition was filed for the improper purpose of putting a competitor out of business. The filing has certainly not improved creditors' prospects for repayment—Hellenic has been cut off from its fuel suppliers, its trademarked name has been damaged and future business opportunities have been lost. Other creditors in communication with Hellenic are aghast at the deterioration in their repayment prospects and have refused to join the petition after solicitations from Pro Petroleum. These creditors, unlike Pro Petroleum, recognize that their best chance at a recovery lies in Hellenic restoring access to its suppliers and resuming its prepetition business.

The lack of rational motivation in filing the petition, coupled with Hellenic's competition with Pilot, support a finding of bad faith under the tests referenced *supra. See, e.g.*, *In re Forever Green Athletic Fields, Inc.*, 804 F.3d 328, 336 (3d Cir. 2015) (adopting "totality of the circumstances" test for identifying bad faith, and reviewing factors such as whether "the petitioning

{2387/000/00520335}

creditors used the filing to obtain a disproportionate advantage for themselves rather than to protect against other creditors doing the same").

## <u>RESERVATION OF RIGHTS</u>

Hellenic expressly reserves the right to amend its answer and/or dismissal request, including the right to assert (1) additional examples of bad faith conduct on the part of Pro Petroleum and (2) bad faith on the part of the remaining Petitioning Creditors, as discovery in this matter proceeds.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, Hellenic respectfully requests that the Court dismiss the Petition and grant such other and further relief is deems appropriate, including without limitation an award of fees, costs and damages under 11 U.S.C. § 303(i).

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on April 9, 2021.

Respectfully submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for Hellenic
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law
pdorsey@slp.law

By: /s/ Bradley Shraiberg_____
    Bradley S. Shraiberg, Esq.
    Florida Bar No. 121622
    Patrick Dorsey, Esq.
    Florida Bar No. 0085841

# EXHIBIT A

**Transport Topics**

**Catherine Ngai | Bloomberg News**

January 24, 2020 3:00 PM, EST

# Pilot Flying J Changes Corporate Name, Expands Into Energy Market



*(Getty Images)*

*[Stay on top of transportation news: Get TTNews in your inbox.]*

America's largest truck-stop company is rebranding as it grows its market share in both retail fuel and energy divisions.

Pilot Flying J is changing its corporate name and structure to be called Pilot Co. after a two-year push into the energy business, a growth area that has included building out a Houston office, acquiring pipeline and storage assets and buying fuel from across the world.

"We had to change and evolve with the times," Pilot Co. CEO Jimmy Haslam said in an interview. "We got to the point where we started looking around and saying, what could be the next growth vehicle? We didn't want to do something that was totally different. So we took a step back and thought, what could we do to leverage our current platform?"

The solution was an expansion into the energy sector, increasing its so-called vertical integration. Under the leadership of Chief Strategy Officer Shameek Konar — an alum of Castleton Commodities International, Mercuria



In part one of a two-part exploration of autonomous technology today, our latest RoadSigns podcast revisits conversations with CEOs Alex Rodrigues of Embark and Cetin Mericli of Locomation. Hear them explain what testing automated trucks and developing platooning technology

Energy Trading & Marketing Group Inc. — Pilot has shifted from solely focusing on its travel centers and retail fuel sales to also snatching up midstream infrastructure and expanding into water disposal, blending, crude hauling and other business segments.

has taught them about the road ahead — and get new perspective with host commentary. Listen to a snippet from Rodrigues above, and to hear the full episode, go to RoadSigns.TTNews.com.

## Energy Footprint

The moves come after Warren Buffett's Berkshire Hathaway Inc. paid $2.76 billion for a 38.6% stake in the Knoxville, Tenn.-based firm in 2017, with plans to increase that stake to 80% by 2023.

Last year, Forbes ranked Pilot as the No. 10 largest private company in the U.S. It also ranked No. 33 on Transport Topics' 2019 Top 100 Private Carriers list, logging 1,061 tractors, 35 trucks and 1,405 trailers.

The firm, which operates more than 750 travel centers across the U.S. and Canada, already supplies about one-sixth of the nation's diesel consumption. Now, it's focused on widening its footprint. Last year, it acquired NGL Energy Partners LP's TransMontaigne Products Services, giving Pilot an increased presence on the Colonial Pipeline, a vital conduit connecting the Gulf Coast and East Coast. The firm can access 21 terminals along the pipeline, shipping some 80,000 barrels a day.

Pilot also took a majority stake in Pro Petroleum a year prior, giving the company access to the West Coast as well as Arizona, Nevada and West Texas markets. The firm has the third-largest tanker fleet in North America with more than 1,500 trucks able to move energy products including diesel, gasoline, diesel exhaust fluid, biodiesel, crude, water and sand.

For now, the company's expansion plans don't include operating a refinery, but Pilot's evaluating options for protecting its fuel margins, including an equity interest, said Konar.

**Want more news? Listen to today's daily briefing:**



Transport Topics (March 26, 2021)

00:00    02:35

© 2021 Transport Topics All rights reserved. | Privacy Policy

# EXHIBIT B

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

1766 19680
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida
(S.O.S.)

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2020 Jan 30 10:38 AM
****** 202000755184 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Hellenic Petroleum | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 7000 West Palmetto Park Road #302 | CITY Boca Raton | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME Kechagias | FIRST PERSONAL NAME Panagiotis | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS 7000 West Palmetto Park Road #302 | CITY Boca Raton | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS P.O. BOX 2576 uccsprep@cscinfo.com | CITY SPRINGFIELD | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
Florida Documentary Stamp Tax is not required.
COLLATERAL: This financing statement covers the following collateral:
Receivables- All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts Receivables, including but not limited to, credit card receivables; b. Chattel Paper; c.
Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts: I Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing.
NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
1766 19680

## UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor did not fit, check here ☐

9a. ORGANIZATION'S NAME

Hellenic Petroleum

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME:  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME:  Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY
ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable) | 14. This FINANCING STATEMENT:  ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

**FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)**

**FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| ONLINE DEPT.; 888-507-4593 |
| Email ONLINE@FICOSO.COM |

| B. SEND ACKNOWLEDGEMENT TO: |
|---|
| |

**FILED**

2020 Nov 12 12:16 PM

\*\*\*\*\*\*\* 202005331552 \*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HELLENIC PETROLEUM | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | | |
| 7000 WEST PALMETTO PARK ROAD #302 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| KECHAGIAS | PANAGIOTIS | | | |
| 2c. MAILING ADDRESS Line One | | | | |
| 7000 WEST PALMETTO PARK ROAD #302 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FRESH FUNDING SOLUTIONS, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | | |
| 42 BROADWAY STE 1815 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY NEW YORK | STATE NY | POSTAL CODE 10004 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ACCOUNTS RECEIVABLE, RECEIPTS, INSTRUMENTS, CONTRACT RIGHTS AND OTHER RIGHTS TO RECEIVE THE PAYMENT OF MONEY, PATENTS, CHATTEL PAPER, LICENSES, LEASES AND GENERAL INTANGIBLES, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, AND ALL OF DEBTOR'

**5. ALTERNATE DESIGNATION (if applicable)**  ☐LESSEE/LESSOR  ☐CONSIGNEE/CONSIGNOR  ☐BAILEE/BAILOR  ☐AG LIEN  ☐NON-UCC FILING  ☐SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    [UCC1-587991]

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERICAL CODE**
**FINANCING STATEMENT FORM - ADDENDUM**

| 8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT | | | |
|---|---|---|---|
| 8a. ORGANIZATION'S NAME | | | |
| HELLENIC PETROLEUM | | | |
| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**9. MISCELLANEOUS**

**10. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (10a OR 10b) - Do Not Abbreviate or Combine Names

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 10c. MAILING ADDRESS Line One | | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**11. ADDITIONAL SECURED PARTY'S NAME** or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (11a OR 11b)

| 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 11c. MAILING ADDRESS Line One | | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

12. This FINANCING STATEMENT covers ☐ timber to be cut or
☐ as-extracted collateral, or is filed as a ☐ fixture filing.

13. Description of real estate:

15. Additional collateral description:

S BOOKS AND RECORDS RELATING TO ANY OF THE
FOREGOING

14. Name and address of a RECORD OWNER of above-described
real estate (if Debtor does not have a record interest):

16. Check only if applicable and check only one box.

Collateral ☐ Held in Trust
☐ Being administrated by Decendent's Personal Representative

17. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years

**STANDARD FORM - FORM UCC-1 ADDENDUM (REV.05/2013)**    Filing Office Copy    **Approved by the Secretary of State, State of Florida**

**FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
| LAURA K CARAWAY; 8706123426 |
| Email LCARAWAY@FIRSTCOMMUNITY.NET |

| B. SEND ACKNOWLEDGEMENT TO: |

# FILED

2017 Sep 05 03:35 PM

****** 201702383448 ******

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME |
| HELLENIC PETROLEUM LLC |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS Line One | | | |
| 7000 W PALMETTO PARK, SUITE 302 | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | BOCA RATON | FL | 33433 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME |
| |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS Line One | | | |
| | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME |
| FIRST COMMUNITY BANK |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS Line One | | | |
| PO BOX 4327 | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | BATESVILLE | AR | 72503 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

2015 Freightliner (VIN 3ALACXCY0FDGM8953) with 3000 WG Propane Tank SN: S1500203, plus equipment and 2016 Freightliner (VIN 1FVACXCY3GHHE3594) with 3200 WG Propane Tank SN: S1500210  plus equipment; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds). RIGHT OF SETOFF. To the extent permitted by applicable law, Lender reserves a right of setoff in all Grantor's accounts with Lender (whether checking, savings, or some other account).  This includes all accounts Grantor holds jointly with someone else and all accounts Grantor may open in the future.

**5. ALTERNATE DESIGNATION (if applicable)** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ AG LIEN ☐ NON-UCC FILING ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    6000366

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

**FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| ANDREW STERN ; 8882551819 |
| Email UNDERWRITING@STRESSFREEFUNDS.COM |

**FILED**

2018 Oct 23 03:27 PM

\*\*\*\*\*\* 201806851235 \*\*\*\*\*\*

| B. SEND ACKNOWLEDGEMENT TO: |
|---|
| |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HELLENIC PETROLEUM, LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | | | |
| 700 WEST PALMETTO PARK ROAD | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | BOCA RATON | FL | 33433 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| KECHAGIAS | PANAGIOTIS | | | | |
| 2c. MAILING ADDRESS Line One | | | | | |
| 9027 TRADD STREET | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | BOCA RATON | FL | 33434 | US |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BUSINESS CAPITAL PROVIDERS, INC | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | | | |
| 2501 HOLLYWOOD BLVD | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| STE 210 | | HOLLYWOOD | FL | 33020 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

see exhibit A

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

**Exhibit A**

**Debtor:**              HELLENIC PETROLEUM, LLC

                         700 WEST PALMETTO PARK ROAD.,

                         Boca Raton, FL 33433


**Secured Party:**       Business Capital Providers, Inc.,

                         2501 Hollywood BLVD, Suite 210

                         Hollywood, FL 33020


Any and all Property of Debtor, of any kind of description, tangible or intangible, whosesoever located and whether now existing or hereafter arising or acquired, including the following all of which property, along with products therefrom, are individually and collectively referred to as "collateral" (capitalized terms not otherwise define herein shall gave the meaning ascribed to them in the uniform commercial code):

(a) Accounts, and all goods whose sales, lease or other disposition by the debt has given rise to accounts and have been returned t, or reposed or stopped in transit by the debtor or rejected or refused by an account debtor;

(i)  As-extracted Collateral;

(ii) Deposit Account, including all cash and other property from time to time deposited therein and the monies and property in the possession under the control of the secured party or any affiliate, representative, agent, designee or correspondent of the secured party;

(iii) General Intangibles (including all Payment Intangibles)

(iv) Goods, and all accessions thereto and goods with which the goods are commingled;

(v) Inventory, including raw materials, work-in-process and finished goods;

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2018 Nov 14 04:13 PM
****** 201807018243 ******

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER** (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)    44023 - Argus Capital

Lien Solutions
P.O. Box 29071
Glendale, CA  91209-9071

67331244

FLFL

File with: Department of State, FL

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HELLENIC PETROLEUM LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7000 W. PALMETTO PARK RD STE 302 | BOCA RATON | FL | 33433 | USA |

2. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Advantage Capital Funding | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 104 East 25th St, Floor 10 | New York | NY | 10010 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
Seller grants Buyer a security interest in all of Seller's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory wherever located, and proceeds now or hereafter owned or acquired by Seller. Seller authorizes Buyer to file one or more UCC-1 forms consistent with the Uniform Commercial Code ("UCC") in order to give notice of this security interest and that the Purchased Amount of Future Receipts is the sole property of Buyer. The UCC filing may state that such sale is intended to be a sale and not an assignment for security and may state that the Seller is prohibited from obtaining any financing that impairs the value of the Future Receipts or Buyer's right to collect same. Seller authorizes Buyer to debit the Account for all costs incurred by Buyer associated with the filing, amendment or termination of any UCC filings.

☐ All documentary stamps due and payable
or to become due and payable pursuant to s. 201.22,F.S. have been paid

☒ Florida documentary stamp tax is not required

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
67331244                                                                                                    Y

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC   1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

1670 48712
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida
(S.O.S.)

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**

2019 Jul 17 10:25 AM
****** 20190916124X ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | Hellenic Petroleum, LLC | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 7000 WEST PALMETTO PARK ROAD, SUITE 302 | CITY Boca Raton | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME KECHAGIAS | FIRST PERSONAL NAME PANAGIOTIS | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS 9027 TRADD STREET | CITY Boca Raton | STATE FL | POSTAL CODE 33434 | COUNTRY USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | Corporation Service Company, As Representative | | | |
|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS P.O. Box 2576 UCCSPrep@cscglobal.com | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
Florida Documentary Stamp Tax is not required.
ALL ASSETS INCLUDING PROCEEDS AND PRODUCTS;ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS;CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS;INVENTORY INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS;NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS;GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS.

**5. Check only if applicable and check only one box:** Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a. Check only if applicable and check only one box:**
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b. Check only if applicable and check only one box:**
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

1670 48712

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**FINANCING STATEMENT FORM**

**FILED**

2019 Jul 26 12:29 PM

******* 201909243572 *******

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Wolters Kluwer Lien Solutions; (800)331-3282 |
| Email sosack@uccdirect.com |

| B. SEND ACKNOWLEDGEMENT TO: |
|---|

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HELLENIC PETROLEUM LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | | |
| 7000 W. PALMETTO PARK RD | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| STE 302 | BOCA RATON | FL | 33433 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| KECHAGIAS | PANAGIOTIS | | | |
| 2c. MAILING ADDRESS Line One | | | | |
| 9027 TRADD ST | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | BOCA RATON | FL | 33434 | USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DIVERGENT CAPITAL INC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | | |
| 64 BEAVER STREET | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| STE 415 | NEW YORK | NY | 10004 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ASSETS

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   70976413-57488578

STANDARD FORM - FORM UCC-1 (REV.05/2013)      Filing Office Copy      Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM - ADDITIONAL PARTY**

| 18. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT | | | |
|---|---|---|---|
| 18a. ORGANIZATION'S NAME | | | |
| HELLENIC PETROLEUM LLC | | | |
| 18b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. MISCELLANEOUS:**

**20. ADDITIONAL SECURED PARTY'S NAME**  (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (20a OR 20b)

| 20a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GLOBAL MERCHANT CASH INC | | | | | |
| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 20c. MAILING ADDRESS Line One | | | | | |
| 64 BEAVER STREET | | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY | |
| STE 415 | NEW YORK | NY | 10004 | USA | |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**
2019 Aug 15 04:23 PM
****** 20190941783X ******

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC    1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

1685 27328
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME HELLENIC PETROLEUM, LLC. | | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 7000 WEST PALMETTO PARK ROAD, SUITE 302 | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME KECHAGIAS | FIRST PERSONAL NAME PANAGIOTIS | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS 9027 TRADD STREET | CITY BOCA RATON | STATE FL | POSTAL CODE 33434 | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Corporation Service Company, As Representative | | | | |
|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS P.O. Box 2576 UCCSPrep@cscglobal.com | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
Florida Documentary Stamp Tax is not required.
All ASSETS INCLUDING PROCEEDS AND PRODUCTS;ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS;CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS;INVENTORY INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS;NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS;GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

1685 27328

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2019 Oct 29 11:01 AM

****** 201900018665 ******

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

1717 87971
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Hermes Hialeah Warehouse, LLC | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 7000 W. Palmetto Park Rd., Suite 302 | CITY Boca Raton | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME Hellenic Petroleum, LLC | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS 7000 W. Palmetto Park Rd., Suite 302 | CITY Boca Raton | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME GFE NY, LLC | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 27-01 Queens Plaza North, Suite 802 | CITY Long Island City | STATE NY | POSTAL CODE 11101 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
Florida Documentary Stamp Tax is not required.
See attachment.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: GFE 2950340.1

1717 87971

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## EXHIBIT "A"

### Hermes Hialeah Warehouse, LLC
### Hellenic Petroleum, LLC

### UCC-1 Financing Statement

All machinery, apparatus, equipment, fittings and fixtures of every kind and nature whatsoever, and all furniture, furnishings and other personal property now or hereafter owned by Debtors and forming a part of, or used or obtained for use in connection with, the Land described on <u>SCHEDULE 1</u> attached hereto, or the Improvements or any present or future operation, occupancy, maintenance or leasing thereof; including, but without limitation, any and all heating, ventilating and air conditioning equipment and systems, antennae, appliances, apparatus, awnings, basins, bathtubs, bidets, boilers, bookcases, cabinets, carpets, communication systems, coolers, curtains, dehumidifiers, dishwashers, disposals, doors, drapes, drapery rods, dryers, ducts, dynamos, elevators, engines, equipment, escalators, fans, fittings, floor coverings, furnaces, furnishings, furniture, hardware, heaters, humidifiers, incinerators, lighting, machinery, motors, ovens, pipes, plumbing and electric equipment, pool equipment, pumps, radiators, ranges, recreational facilities and equipment, refrigerators, screens, sprinklers, stokers, stoves, shades, shelving, sinks, security systems, toilets, ventilators, wall coverings, washers, windows, window covering, wiring, and all extensions, renewals or replacements thereof or substitutions therefor or additions thereto, whether or not the same are or shall be attached to the Land or the Improvements in any manner (collectively, the "<u>Fixtures</u>").

TOGETHER WITH the following:

All personal property of every nature whatsoever now or hereafter owned by Debtors or used in connection with the Land or the improvements thereon, including all extensions, additions, improvements, betterments, renewals, substitutions and replacements thereof and all of the right, title and interest of Debtors in and to any such personal property together with the benefit of any deposits or payments now or hereafter made on such personal property by Debtors or on its behalf, including, without limitation, any and all Goods, Investment Property, Instruments, Chattel Paper, Documents, Letter of Credit Rights, Accounts, Deposit Accounts, Commercial Tort Claims and General Intangibles, each as defined in the Uniform Commercial Code of the State of Mississippi and all of Debtors' future accounts, accounts receivable, contract rights and other entitlements arising from or relating to the payment of monies from Debtors' customers, and/or other third party payors, of Debtors, wherever located, which are now or in the future owned by Debtors and used or obtained for use in connection with the Land or the Improvements, or otherwise, or any present or future operation, occupancy, maintenance or leasing thereof, or any construction on or at the Land or the Improvements, or otherwise.

All proceeds of the foregoing, including, without limitation, all judgments, awards of damages and settlements hereafter made resulting from condemnation proceeds or the taking of the Land or improvements thereon or any portion thereof under the power of eminent domain, any proceeds of any policies of insurance, maintained with respect to the Land or improvements thereon or proceeds of any sale, option or contract to sell the Land or improvements thereon or any portion thereof.

1

Any and all additions and accessories to all of the foregoing and any and all proceeds (including proceeds of insurance, eminent domain or other governmental takings and tort claims), renewals, replacements and substitutions of all of the foregoing.

All of the books and records pertaining to the foregoing (all of the foregoing items listed in this paragraph collectively being referred to as the "Personal Property").

TOGETHER WITH all right, title and interest which Debtor hereafter may acquire in and to all leases and other agreements now or hereafter entered into for the occupancy or use of the Land, the Appurtenant Rights, the Improvements, the Fixtures and the Personal Property (herein collectively referred to as the "Premises") or any portion thereof, whether written or oral (herein collectively referred to as the "Leases"), and all rents, issues, incomes and profits in any manner arising thereunder (herein collectively referred to as the "Rents"), and all right, title and interest which Debtors now have or hereafter may acquire in and to any bank accounts, security deposits, and any and all other amounts held as security under the Leases, reserving to Debtors any statutory rights.

TOGETHER WITH any and all Awards and Insurance Proceeds, as each are hereinafter respectively defined, or proceeds of any sale, option or contract to sell the Premises or any portion thereof (provided that no right, consent or authority to sell the Property or any portion thereof shall be inferred or deemed to exist by reason hereof); and Debtors hereby authorize, direct and empower the Secured Party, at its option, on Debtors' behalf, or on behalf of the successors or assigns of Debtors, to adjust, compromise, claim, collect and receive such proceeds; to give acquittances therefor; and, after deducting expenses of collection, including reasonable attorneys' fees, costs and disbursements, to apply the Net Proceeds, as hereinafter defined, to the extent not utilized for the Restoration of the Property, to payment of the Obligations, notwithstanding the fact that the same may not then be due and payable or that the Obligations are otherwise adequately secured; and Debtors agree to execute and deliver from time to time such further instruments as may be requested by the Secured Party to confirm such assignment to the Secured Party of any such proceeds.

TOGETHER WITH all estate, right, title and interest, homestead or other claim or demand, as well in law as in equity, which Debtors now have or hereafter may acquire of, in and to the Premises, or any part thereof, and any and all other property of every kind and nature from time to time hereafter (by delivery or by writing of any kind) conveyed, pledged, assigned or transferred as and for additional security hereunder by Debtors or by anyone on behalf of Debtors to the Secured Party.

TOGETHER WITH all rights and interests of Debtors in and under any and all service and other agreements relating to the development, operation, management, maintenance and repair of the Property or the buildings located thereon whether now owned by Debtors or hereafter acquired or arising (all of the foregoing collectively the "Property")

2

SCHEDULE 1

LEGAL DESCRIPTION OF LAND

Lauderdale County, Mississippi

Beginning at the Northeast corner of Section 22, Township 6 North, Range 15 East, Lauderdale County, Mississippi, run thence South 0 degrees 27 minutes 36 seconds East 1,827.7 feet along the section line to the North right of way of the Y & M V Railroad; run thence South 73 degrees 01 minutes 24 seconds West along the North right of way of the Y & M V Railroad 959.62 feet to the point of beginning of the land herein conveyed, which is the Southwest corner of the Shell Oil Company property; and from said beginning point run thence North 0 degrees 23 minutes seconds West 1,388.67 feet; thence run South 89 degrees 36 minutes 24 seconds West 420 feet; thence South 0 degrees 23 minutes 36 seconds East 1,513,74 feet to the North right of way of the Y & M VF Railroad; thence North 73 degrees 1 minutes 24 seconds East 438.23 feet to the point of beginning, said property comprising 14.0 acres, more or less, and being a part of the Northeast Quarter of Section 22, Township 6 North, Range 15 East, Lauderdale County, State of Mississippi.

3

**FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| ONLINE DEPT.; 888-507-4593 |
| Email ONLINE@FICOSO.COM |

| B. SEND ACKNOWLEDGEMENT TO: |
|---|
|  |

# FILED

2020 Mar 16 09:55 AM

\*\*\*\*\*\*\* 202001131737 \*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HELLENIC PETROLEUM LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | | | |
| 7000 W. PALMETTO PARK RD  STE 302 , | | | This space not available. | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | BOCA RATON | FL | 33433 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS Line One | | | | | |
| | | | This space not available. | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| DIVERGENT CAPITAL INC | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | | | |
| 1145 BROADWAY ST | | | This space not available. | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | EAST MCKEESPORT | PA | 15035 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ACCOUNTS RECEIVABLE, RECEIPTS, ACCOUNTS, INSTRUMENTS, CONTRACT RIGHTS AND OTHER RIGHTS TO RECEIVE THE PAYMENT OF MONEY, PATENTS, CHATTEL PAPER, LICENSES, LEASES AND GENERAL INTANGIBLES, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, AND ALL

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE**  BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    [UCC1-490870] HELLENIC PE

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM - ADDENDUM**

**8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

8b. ORGANIZATION'S NAME

HELLENIC PETROLEUM LLC

| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**9. MISCELLANEOUS**

**10. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (10a OR 10b) - Do Not Abbreviate or Combine Names

10a. ORGANIZATION'S NAME

| 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 10c. MAILING ADDRESS Line One | | | This space not available. | | |
|---|---|---|---|---|---|
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |

**11. ADDITIONAL SECURED PARTY'S NAME** or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (11a OR 11b)

11a. ORGANIZATION'S NAME

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS Line One | | | This space not available. | | |
|---|---|---|---|---|---|
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |

12. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

13. Description of real estate:

15. Additional collateral description:

OF DEBTOR'S BOOKS AND RECORDS RELATING TO ANY OF THE FOREGOING.

14. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Check only if applicable and check only one box.

Collateral ☐ Held in Trust
☐ Being administrated by Decendent's Personal Representative

17. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years

**STANDARD FORM - FORM UCC-1 ADDENDUM (REV.05/2013)**    Filing Office Copy    Approved by the Secretary of State, State of Florida

**FINANCING STATEMENT FORM**

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

Corporation Service Company; 1-800-858-5294

Email FLSOSUCCFilingsV3@cscglobal.com

**B. SEND ACKNOWLEDGEMENT TO:**

# FILED

2020 Sep 07 10:30 AM

******* 202004620992 *******

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| Hellenic Petroleum LLC |  |  |  |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 7000 W PALMETTO PARK RD STE 302 | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  | BOCA RATON | FL | 33433 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
|  | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| U.S. Small Business Administration |  |  |  |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 2 North Street, Suite 320 | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  | Birmingham | AL | 35203 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.ALL DOCUMENTARY STAMPS DUE AND PAYABLE OR TO BECOME DUE AND PAYABLE, HAVE BEEN PAID.  741822 8203

---

**5. ALTERNATE DESIGNATION (if applicable)**
- ☐ LESSEE/LESSOR
- ☐ AG LIEN
- ☐ CONSIGNEE/CONSIGNOR
- ☐ NON-UCC FILING
- ☐ BAILEE/BAILOR
- ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    1981 94450

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2020 Oct 27 03:24 PM

****** 202005158389 ******

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

2008 28759
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | Hellenic Petroleum LLC | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS 7000 W Palmetto Park Rd Ste 303 | CITY Boca Raton | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS PO BOX 2576 UCCSPREP@cscinfo.com | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
2015 MACK VIN: 1M1AW07Y4FM044924
2015 MACK CXU613 VIN: 1M1AW07Y9FM049407

The equipment financed under Contract #955278 listed above, whether now owned or hereafter acquired, together with all personal property installed in, affixed to or used in connection therewith and all present or future: (i) additions, accessories, accessions, attachments, parts, supplies, related software, intellectual property, rights, licenses and improvements thereto; (ii) substitutions, renewals, replacements and purchase options thereof; (iii) insurance, warranty, and other third-party claims; (iv) Debtor's rights in connection with a third-party's use of such equipment under a sublease, rental or similar agreement; (v) proceeds and product in any form (including but not limited to insurance and sale proceeds) of each of the foregoing, whether it be cash, non-cash or in any other form; and (vi) to the extent the equipment identified herein is construed as or deemed inventory, that inventory and all accounts, accounts receivable,

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
5a. Check only if applicable and check only one box:    5b. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility  ☐ Agricultural Lien  ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

2008 28759

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

Hellenic Petroleum LLC

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME:  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
cash proceeds and all other proceeds related thereto or derived therefrom.

| 13. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS  (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

**FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| SHIMON SCHONBRUN; 9175332263 |
| Email SIMON@CEDARADVANCE.COM |

| B. SEND ACKNOWLEDGEMENT TO: |
|---|
|  |

**FILED**

2021 Mar 08 01:21 PM

\*\*\*\*\*\*\* 202106389280 \*\*\*\*\*\*\*

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HELLENIC PETROLEUM LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | | |
| 7000 W PALMETTO PARK RD STE 302 | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | BOCA RATON | FL | 33433 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| KECHAGIAS | PANAGIOTIS | | | |
| 2c. MAILING ADDRESS Line One | | | | |
| 10310 BOCA WOODS LANE | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | BOCA RATON | FL | 33428 | US |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CEDAR ADVANCE LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | | |
| 2917 AVE I | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | BROOKLYN | NY | 11210 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

ASSETS INCLUDING PROCEEDS AND PRODUCTS ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)      **Filing Office Copy**      **Approved by the Secretary of State, State of Florida**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

FLORIDA SECURED TRANSACTION REGISTRY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC    1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:    (Name and Address)**

2072 62555
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida
(S.O.S.)

FILED

2021 Mar 05 02:55 PM

****** 202106378570 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | HELLENIC PETROLEUM LLC | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 7000 W. PALMETTO PARK RD STE 302 | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME PANAGIOTIS | FIRST PERSONAL NAME KECHAGIAS | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS 10310 BOCA WOODS LN | CITY BOCA RATON | STATE FL | POSTAL CODE 33428 | COUNTRY USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | Corporation Service Company, as Representative | | | |
|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS PO Box 2576, uccsprep@cscglobal.com | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
Florida Documentary Stamp Tax is not required.
Receivables - All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

2072 62555

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

**FINANCING STATEMENT FORM**

# FILED

2021 Mar 10 04:32 PM

******* 202106417527 *******

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
| --- |
| ONLINE DEPT.; 888-507-4593 |
| Email ONLINE@FICOSO.COM |
| B. SEND ACKNOWLEDGEMENT TO: |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| HELLENIC PETROLEUM LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | | |
| 9858 GLADES ROAD;STE 219 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY BOCA RATON | STATE FL | POSTAL CODE 33434 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| AMERICA TELECOMMUNICATION LLC | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS Line One | | | | |
| 9737 N.W. 41ST STREET, STE. 500 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY MIAMI | STATE FL | POSTAL CODE 33178 | COUNTRY USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| FRESH FUNDING SOLUTIONS, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | | |
| 42 BROADWAY STE 1815 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY NEW YORK | STATE NY | POSTAL CODE 10004 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ACCOUNTS RECEIVABLE, RECEIPTS, INSTRUMENTS, CONTRACT RIGHTS AND OTHER RIGHTS TO RECEIVETHE PAYMENT OF MONEY, PATENTS, CHATTEL PAPER, LICENSES, LEASES AND GENERAL INTANGIBLES,WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, AND ALL OF DEBTO

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
| --- | --- | --- | --- |
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    [UCC1-645120] Hellenic Pe

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM - ADDENDUM**

| 8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT |
|---|

8a. ORGANIZATION'S NAME

HELLENIC PETROLEUM LLC

| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**9. MISCELLANEOUS**

**10. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (10a OR 10b) - Do Not Abbreviate or Combine Names

10a. ORGANIZATION'S NAME

VALEZAR & ASSOCIATES, INC.

| 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

10c. MAILING ADDRESS Line One

12485 SW 137TH AVE.

This space not available.

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | MIAMI | FL | 33186 | USA |

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (11a OR 11b) - Do Not Abbreviate or Combine Names

11a. ORGANIZATION'S NAME

BOCA DOMA LLC

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

11c. MAILING ADDRESS Line One

7000 W PALMETTO PARK RD

This space not available.

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | BOCA RATON | FL | 33433 | USA |

12. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

13. Description of real estate:

15. Additional collateral description:

R'S BOOKS AND RECORDS
RELATING TO ANY OF THE FOREGOING.

14. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Check only if applicable and check only one box.

Collateral ☐ Held in Trust
☐ Being administrated by Decedent's Personal Representative

17. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years

STANDARD FORM - FORM UCC-1 ADDENDUM (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERICAL CODE**
**FINANCING STATEMENT FORM - ADDITIONAL PARTY**

**18. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HELLENIC PETROLEUM LLC | | | |
| 18b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**19. MISCELLANEOUS:**

**20. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (20a OR 20b) - Do Not Abbreviate or Combine Names

| 20a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PARACORP INCORPORATED | | | | | |
| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS Line One | | | | | |
| P.O. BOX 160568 | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY SACRAMENTO | STATE CA | POSTAL CODE 95816 | COUNTRY USA |

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (21a OR 21b) - Do Not Abbreviate or Combine Names

| 21a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HELLENIC SEAS HOLDINGS INC | | | | | |
| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS Line One | | | | | |
| 7000 WEST PALMETTO PARK RD;SUITE 302 | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (22a OR 22b) - Do Not Abbreviate or Combine Names

| 22a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GOODFELLAS CIGAR LOUNGE LLC | | | | | |
| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS Line One | | | | | |
| 7000 WEST PALMETTO PARK RD;SUITE 107 | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (23a OR 23b) - Do Not Abbreviate or Combine Names

| 23a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BALUX RESTAURANT LLC | | | | | |
| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS Line One | | | | | |
| 7000 WEST PALMETTO PARK RD;SUITE 302 | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |

**24. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (24a OR 24b) - Do Not Abbreviate or Combine Names

| 24a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| MYKONOS GREEK BISTRO LLC | | | | | |
| 24b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 24c. MAILING ADDRESS Line One | | | | | |
| 7000 W PALMETTO PARK RD.;302 | | This space not available. | | | |
| MAILING ADDRESS Line Two | | CITY BOCA RATON | STATE FL | POSTAL CODE 33433 | COUNTRY USA |