

**ORDERED in the Southern District of Florida on July 15, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **Case No. 21-12317-EPK** |
| **HELLENIC PETROLEUM LLC,** | **Chapter 7** |
| Debtor. | |
| _____/ | |

### ORDER DENYING MOTION FOR RELIEF FROM STAY

This matter came before the Court for hearing on July 14, 2021 upon *Creditor 1930 North Federal, LLC's Emergency Motion for Relief from the Automatic Stay to Proceed with Eviction* [ECF No. 81] (the "Motion"). For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 81] is DENIED without prejudice.

###

Copy to:

Jerron Kelley, Esq.

*Jerron Kelley, Esq. shall serve a copy of this order on all parties in interest and file a certificate of service with the Clerk of Court.*