

**ORDERED in the Southern District of Florida on August 17, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

*In re:*

HELLENIC PETROLEUM, LLC,           CASE NO.: 21-12317-EPK

    Alleged Debtor.            /     Chapter 7 (Involuntary)

**ORDER GRANTING MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AS TO FRESNO ADVERSARY PROCEEDING [ECF #39]**

**THIS MATTER** came before the Court on August 11, 2021 at 1:30 p.m. (the "Hearing") upon the *Motion for Relief from the Automatic Stay as to Fresno Adversary Proceeding* [ECF# 39] (the "Motion")[1] filed by Sallyport Commercial Finance, LLC and DRO Barite LLC (together, the "Movants") pursuant to 11 U.S.C. § 362(d)(1), Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-1 of the Local Bankruptcy Rules for the Southern District of Florida, seeking relief from the automatic stay to proceed with certain litigation involving Hellenic Petroleum, LLC (the "Alleged Debtor"), pending before the U.S. Bankruptcy Court for the Eastern

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

District of California, Fresno Division (the "Fresno Bankruptcy Court"). The Court having reviewed and considered the Motion, the *Affidavit of Lori Eropkin in Support of Sallyport Commercial Finance, LLC and DRO Barite LLC's Motion for Relief from the Automatic Stay as to Fresno Adversary Proceeding* [ECF #40] filed by the Movants, the *Request for Judicial Notice in Support of Sallyport Commercial Finance, LLC and DRO Barite LLC's Motion for Relief from the Automatic Stay as to Fresno Adversary Proceeding* [ECF #41] filed by the Movants, the *Response in Opposition to Motion for Relief from the Automatic Stay as to Fresno Adversary Proceeding* [ECF #57] filed by the Alleged Debtor, and the *Status Report on Sallyport Commercial Finance, LLC and DRO Barite LLC's Motion for Relief from the Automatic Stay as to Fresno Adversary Proceeding* [ECF #114], and having heard the arguments of counsel for the Movants and counsel for the Alleged Debtor at the Hearing,

**IT IS ORDERED THAT**:

1. The Motion is **GRANTED** under 11 U.S.C. § 362(d)(1).

2. As to Movants, the stay of 11 U.S.C. § 362(a) is terminated as to the Alleged Debtor and the Alleged Debtor's bankruptcy estate with respect to the case styled as *Kodiak Mining & Minerals II, LLC, et al., v. Manfredo*, Fresno Bankruptcy Court, Adversary Proceeding No. 2017-01086 (the "Fresno Proceeding"). Movants may proceed to final judgment (including any appeals) in the Fresno Proceeding.

3. The automatic stay will remain in effect as to enforcement of any resulting judgment in the Fresno Proceeding as against the Alleged Debtor and property of this bankruptcy estate, except that Movants will retain the right to file a proof of claim in this bankruptcy case under 11 U.S.C. § 501.

4. This Order shall remain binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

2

5. The Court retains jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**
Robert Charbonneau, Esq.
rpc@agentislaw.com
AGENTIS PLLC
Co-Counsel for the Movants
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T: 305.722.2002
www.agentislaw.com

(Attorney Charbonneau is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service)